IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIERR H. GUERRRA,<br><br>            Plaintiff,<br><br>     v.<br><br>PRICILLA ROSALES, et al.,<br><br>            Defendants. | No.  2:20-CV-0836-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has filed a notice of voluntary dismissal.  See ECF No. 6.  Because no answer or motion for summary judgment has been filed, leave of court is not required and the action is dismissed on plaintiff's notice.  See Fed. R. Civ. P. 41(a)(1)(A)(i).  The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

Dated:  May 19, 2020

                                                                        _____
                                                                        DENNIS M. COTA
                                                                        UNITED STATES MAGISTRATE JUDGE

1