**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAVIER H. GUERRA,<br><br>    Plaintiff,<br><br>    v.<br><br>PRICILLA ROSALES, et al.,<br><br>    Defendants. | No. 2:20-CV-0836-DMC-P<br><br><br>ORDER |

       Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. The matter was dismissed on plaintiff's notice of voluntary dismissal filed April 30, 2020. See ECF No. 6. Now pending before the Court in this closed docket is plaintiff's motion for leave to amend filed May 22, 2020. See ECF No. 9. Plaintiff's motion is denied as moot because he has voluntarily dismissed the action. Plaintiff is free to re-file his proposed amended complaint as a new case.

       IT IS SO ORDERED.

Dated: May 29, 2020

                                                 DENNIS M. COTA
                                                 UNITED STATES MAGISTRATE JUDGE