IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER H. GUERRA, | No. 2:20-CV-0836-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| PRICILLA ROSALES, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brought this civil rights action under 42 U.S.C. § 1983. On April 30, 2020, Plaintiff filed a notice of voluntary dismissal. See ECF No. 6. Thereafter, the matter was dismissed on Plaintiff's notice. See ECF No. 8. Pending before the Court is Plaintiff's motion, ECF No. 11, to withdraw his voluntary dismissal and proceed on the original complaint. Good cause appearing therefor, Plaintiff's motion is granted. The Court's order dismissing this action on Plaintiff's notice, ECF No. 8, is vacated and the Clerk of the Court is directed to re-open this action. The sufficiency of Plaintiff's original complaint will be addressed separately.

IT IS SO ORDERED.

Dated: April 13, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE