IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAVIER H. GUERRA,**<br><br>                                    Plaintiff,<br><br>            v.<br><br>**P. ROSALES, et al. ,**<br><br>                                    Defendants. | Case No. 2:20-cv-00836-DMC<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR AN EXTENSION OF TIME TO OPT OUT OF SETTLEMENT CONFERENCE OR SCHEDULE A SETTLEMENT CONFERENCE** |

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendants' Second Request for an Extension of Time in which to opt out of the settlement conference or contact the court to schedule a settlement conference is GRANTED.  The last day to opt out or contact the Court to schedule a settlement conference in this case is now March 25, 2022.

Dated:  January 26, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE