IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAVIER H. GUERRA,** | Case No. 2:20-cv-00836-DMC |
| Plaintiff, | **ORDER TO VACATE REFERRAL TO POST-SCREENING ADR; ORDER TO FILE RESPONSIVE PLEADING** |
| v. | |
| **P. ROSALES, et al. ,** | |
| Defendants. | |

Good cause having been shown, Defendants' motion, ECF No. 31, to opt-out of early Alternative Dispute Resolution is granted. The stay of proceedings imposed on December 8, 2021, is lifted. By separate order, the Court will set a schedule for this litigation.

IT IS SO ORDERED

Dated: March 25, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1