IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER H. GUERRA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. MARTINEZ,<br><br>　　　　Defendant. | No. 2:20-CV-0836-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

A review of the docket reflects that all defendants other than A. Martinez have been dismissed from this action. As to Defendant A. Martinez, summons was returned unexecuted on October 7, 2021. See ECF No. 22. Plaintiff will be directed to show cause in writing why this action should not be dismissed for failure to effect timely service on the sole remaining defendant pursuant to Federal Rule of Civil Procedure 4(m). Plaintiff is cautioned that failure to comply with this order may result in dismissal of the entire action for lack of prosecution. See Local Rule 110.

///

///

///

1

1         Accordingly, IT IS HERBY ORDERED that Plaintiff shall show cause in writing
2 within 30 days of the date of this order why the action should not be dismissed for failure to effect
3 timely service of process on the sole remaining defendant A. Martinez.

5 Dated: February 27, 2023

                                               DENNIS M. COTA
                                               UNITED STATES MAGISTRATE JUDGE